**No. 57078.**—Bianchini, Ferier, Inc. *v.* United States, protest 182793–K (New York).

Opinion by FORD, J. At the trial counsel for the respective parties agreed that the merchandise in question is in chief value of rayon and that it is valued at more than $4 per pound. Upon the record presented, the claim of the plaintiff was sustained.